FILED
2009 Oct-07 AM 08:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| SHANNON WADE BRAY, ) | |
| ) | |
| Plaintiff , ) | |
| ) | |
| v. ) | Case No. 6:09-cv-1184-JHH-TMP |
| ) | |
| NORTHWEST ALABAMA MENTAL ) | |
| HEALTH CENTER, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 8, 2009, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). The plaintiff filed objections to the report and recommendation on September 16, 2009.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, this action is due to be dismissed for failing

---

[1] Included in the plaintiff's objections is a statement that he wishes to "appeal." However, the report and recommendation is not an order that may be appealed to the Eleventh Circuit. The plaintiff may appeal only from the entry of a final judgment.

to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  A Final Judgment will be entered.

    **DONE** this the   7th   day of October, 2009.

                                /s/ James H. Hancock  
                                SENIOR UNITED STATES DISTRICT JUDGE